IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HENRY TECHNOLOGIES HOLDINGS, LLC,

                      Plaintiff,                      ORDER FOR JUDGMENT

    v.

                                                          14-cv-63-jdp

MICHAEL GIORDANO,

                      Defendant.

---

Plaintiff Henry Technologies Holdings, LLC, (Henry Holdings) seeks a declaratory judgment that it is not bound to an arbitration provision contained in an employment contract between one of its subsidiaries and defendant Michael Giordano. Without answering, Giordano moved to compel arbitration. The court denied Giordano's motion. Giordano declined to file an answer, pursue discovery, or oppose Henry Holdings's motion for default judgment. The clerk entered default on March 11, 2015, Dkt. 31, and the court held a hearing on April 7, 2015. Giordano appeared by counsel, acknowledging that he had chosen not to file a responsive pleading, and indicating that he did not oppose the relief that Henry Holdings seeks. The court awards default judgment to Henry Holdings.

Accordingly, IT IS ORDERED that the clerk of court enter the following declaratory judgment in favor of Henry Holdings, and close this case:

1. Plaintiff Henry Technologies Holdings, LLC, is not a party to the employment agreement between defendant Michael Giordano and Henry Technologies, Inc.

2. Plaintiff is not subject to that agreement's arbitration provision.

IT IS FURTHER ORDERED that costs will be taxed against defendant, and that defendant, by defaulting, has waived any objection to plaintiff's costs.

Entered April 8, 2015.

                              BY THE COURT:

                              /s/

                              _____
                              JAMES D. PETERSON
                              District Judge