# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

HENRY TECHNOLOGIES
HOLDINGS, LLC,

       Plaintiff,

v.

MICHAEL GIORDANO,

       Defendant.

**DECLARATORY JUDGMENT**

Case No. 14-cv-63-jdp

---

       This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

       IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Henry Technologies Holdings, LLC. declaring that:

       1) Plaintiff Henry Holdings, LLC,  is not a party to the employment agreement between Giordano and Henry Technologies, Inc.

       2) Plaintiff Henry Holdings, LLC, is not a subject to that agreement's arbitration provision.

       IT IS FURTHER ORDERED AND ADJUDGED that costs will be taxed against defendant Michael Giordano and this case is dismissed.


_James D. Peterson, District Judge_


_Peter Oppeneer, Clerk of Court_          4/10/15   Date